IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| GERARDO THOMAS GARZA,<br><br>   Plaintiff,<br><br> v.<br><br>STEVEN TURLEY et al.,<br><br>   Defendants. | **DISMISSAL ORDER<br>& MEMORANDUM DECISION**<br><br>Case No. 2:13-CV-64 TC<br><br>District Judge Tena Campbell |

  Plaintiff, inmate Gerardo Thomas Garza, filed this *pro se* civil rights suit, *see* 42 U.S.C.S. § 1983 (2013), proceeding *in forma pauperis*, *see* 28 *id.* 1915. Reviewing the Complaint under § 1915(e), in an order dated June 12, 2013, the Court determined Plaintiff's Complaint was deficient. The Court then gave Plaintiff directions for curing the deficiencies, sent him a "Pro Se Litigant Guide," with blank-form civil rights complaint, and ordered him to cure deficiencies within thirty days. Plaintiff has not responded.

  **IT IS THEREFORE ORDERED** that Plaintiff's Complaint is **DISMISSED** with prejudice for failure to state a claim under § 1915(e)(2)(B)(ii), failure to follow Court orders, and failure to prosecute. This case is **CLOSED**.

  DATED this 5th day of September, 2013.

    BY THE COURT:

    _/s/ Tena Campbell_____
    JUDGE TENA CAMPBELL
    United States District Court